IGNATZ H. ROSENFELD, as Administrator of the Estate of LESLIE ROSENFELD, Deceased, Respondent, *v.* ALBERT SMITH & SONS, INCORPORATED, Appellant, Impleaded with Others.

*Rosenfeld* v. *Smith & Sons, Inc.*, 180 App. Div. 691, affirmed.

(Argued October 16, 1919; decided November 18, 1919.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 26, 1917, unanimously affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for the death of plaintiff's intestate alleged to have been occasioned through the negligence of defendant, appellant, who was employed to repair a steam boiler in the basement of a hotel building in New York city. The jury found that the repairs were negligently made so that when the boiler

was subjected to steam pressure it gave way causing the injury to plaintiff's intestate from which he died.

*James B. Henney* for appellant.

*Saul Bernstein* and *Marcus Schnitzer* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CARDOZO, POUND, CRANE and ANDREWS, JJ.